FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 1 3 2000

JAMES W McCORMACK, CLERK
By: _____ DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROL DZIGA                                                                                                 PLAINTIFF

v.                               No. 4-00-CV-00626-SMR

NCO FINANCIAL SYSTEMS, INC.,
d/b/a DEALER FINANCE, MIKE
RIELLY and JOHN DOE                                               DEFENDANTS

## ANSWER TO COMPLAINT

Comes now the Separate Defendant, NCO Financial Systems, Inc., incorrectly captioned as NCO Financial Systems, Inc., d/b/a Dealer Finance, by and through its attorneys, Huckabay, Munson, Rowlett & Tilley, P.A., and for its Answer to the Plaintiff's Complaint, states:

1. Lack of sufficient first-hand information denies paragraph 1 of Plaintiff's Complaint.

2. Admits that it is a foreign corporation authorized to conduct business in the State of Arkansas, but for lack of sufficient first-hand information denies the remaining allegations of paragraph 2.

3. Admits paragraph 3 to the extent that Plaintiff alleges that she is attempting to recover pursuant to the Fair Debt Collection Practices Act and for the common law torts of conversion and wrongful possession, and demands that Plaintiff be held to strict proof as to subject matter jurisdiction, personal jurisdiction and venue.

4. A lack of sufficient first-hand information, denies paragraphs 4, 5, 6, 7, 8, 9,

10, 11, 12, 13, 14 and 15 of Plaintiff's Complaint.

5. Denies paragraph 16 of Plaintiff's Complaint.

6. In response to paragraph 16, Defendant readopts and reincorporates its responses to the foregoing allegations.

7. Denies paragraphs 17, 18, 19, 20 and 21 of Plaintiff's Complaint.

8. In response to the second paragraph numbered as 21, Defendant readopts and reincorporates its responses to the preceding allegations.

9. Denies paragraph 22 of Plaintiff's Complaint.

10. A lack of sufficient first-hand information denies paragraphs 23, 24, 25 and 26 of Plaintiff's Complaint.

11. Denies paragraph 27 of Plaintiff's Complaint.

12. In response to paragraph 28 of Plaintiff's Complaint, Defendant readopts and reincorporates the preceding responses.

13. A lack of sufficient first-hand information, denies paragraphs 29, 30 and 31 of Plaintiff's Complaint.

14. Denies paragraph 32 of Plaintiff's Complaint.

15. Denies each and every allegation of Plaintiff's Complaint not expressly admitted herein.

16. Pleading affirmatively, Plaintiff's Complaint fails to set forth facts to sustain the claim of relief and must be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

17. Defendant reserves the right to conduct discovery and amend its Answer

once discovery is accomplished.

     18.   Defendant demands trial by jury.

                    Respectfully submitted,

                    HUCKABAY, MUNSON, ROWLETT & TILLEY
                    1900 Regions Center
                    400 West Capitol Avenue
                    Little Rock, Arkansas 72201
                    (501) 374-6535

                    BY: _____
                        JIM TILLEY     Bar # 80148

## CERTIFICATE OF SERVICE

I, Jim Tilley, hereby certify that a true and correct copy of the foregoing pleading has been mailed to the parties hereto on this 13th day of October, 2000.

    L. Oneal Sutter
    Harrill & Sutter
    Attorneys at Law
    Post Office Box 26321
    310 Natural Resources Drive
    Little Rock, Arkansas 72221-6321

_____
JIM TILLEY

-3-