FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 23 2001

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
OF THE EASTEREN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CAROL DZIGA | PLAINTIFF |
| V.  CASE NO. 4:00CV00626-SMR | |
| NCO FINANCIAL SYSTEMS, INC., d/b/a DEALER FINANCE, MIKE RIELLY and JOHN DOE | DEFENDANTS |

### MOTION TO WITHDRAW

Comes L. Oneal Sutter, on behalf of himself and his law firm, HARRILL & SUTTER, P.L.L.C., who respectfully asks this Court to withdraw as counsel for the Defendant:

1. Circumstances have arisen that make it impossible for this firm to continue its representation of the Plaintiff.

2. No fees or costs are due and owing. No refunds are due. All steps reasonably necessary have been taken to prevent prejudice to the client.

3. There is no trial date in this matter, and no prejudice will result.

4. Consequently, good cause exists to allow undersigned firm to withdraw as counsel for the Plaintiff.

WHEREFORE, L. Oneal Sutter, on behalf of himself and his law firm, HARRILL & SUTTER, P.L.L.C., respectfully requests that this Court allow him to withdraw as counsel for the Defendant.

Respectfully submitted,

HARRILL & SUTTER, P.L.L.C.
Attorneys at Law
310 Natural Resources Drive
Post Office Box 26321
Little Rock, Arkansas 72221-6321
501/224-1050; Facsimile 501/223-9136
Attorneys for the Plaintiff

By:_____
    L. Oneal Sutter, Ark. Bar No. 95031

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing has been served on this, the __23rd__ day of August 2001, upon:

Mr. James W. Tilley
Huckabay, Munson, Rowlett & Tilley, P.A.
400 West Capitol Avenue, Suite 1900
Little Rock, Arkansas 72201

<u>Via Certified Mail</u>
Ms. Carol Dziga
2 Wanda Lane
Little Rock, Arkansas 72209-3749

G:\DOC\DZIGA\WITHDRAW

L. Oneal Sutter